UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,                  JUDGMENT

v.                                     21-CV-979 (ENV) (SIL)

BRUCE SCHOENGOOD, MEDIFIRST
SOLUTIONS, INC., and JOSHUA TYRELL,

                Defendants.
----------------------------------------------------------------X

    An Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 20, 2023, adopting the Report and Recommendation of Magistrate Steven I. Locke, dated January 9, 2023, granting the SEC's motion; entering default judgment against defendant Medifirst Solutions, Inc.; permanently enjoining defendant Medifirst Solutions, Inc. from committing future violations of Sections 5 and 17(a) of the Securities Act and Section 10(b) and Rule 10b-5 of the Exchange Act; it is

    ORDERED and ADJUDGED that the SEC's motion is granted; that default judgment is entered against defendant Medifirst Solutions, Inc.; and that defendant Medifirst Solutions, Inc. is hereby permanently enjoined from committing future violations of Sections 5 and 17(a) of the Securities Act and Section 10(b) and Rule 10b-5 of the Exchange Act.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       September 25, 2023                                        Clerk of Court

                                                                By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk